UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRIAM CRUZ, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BENIHANA, INC.,<br><br>    Defendant. | **Case No.: 1:22-cv-5451-PKC-RML** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Miriam Cruz, on behalf of herself and all others similarly situated (Plaintiff), and Defendant Benihana, Inc. (Defendant), by and through undersigned counsel, stipulate to the dismissal with prejudice of all claims by Plaintiff against Defendant, with each party to bear its own fees and costs.

Respectfully submitted,

MARS KHAIMOV LAW, PLC
108-26 64th Avenue, Second Floor
Forest Hills, New York 11375
Telephone: (929) 324-0717
Facsimile: (929) 333-7774

By: _____
MARS KHAIMOV
New York Bar No.
E-mail: mars@khaimovlaw.com
*Attorneys for Plaintiff*

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
200 East Las Olas Boulevard
Suite 2100
Fort Lauderdale, Florida 33301
Telephone: (954) 462-9500
Facsimile: (954) 462-9567

By: _____
GLENN M. RISSMAN
Florida Bar No. 899526
E-mail: grissman@stearnsweaver.com
*Attorneys for Defendant*